■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DOUGLAS EDWARDS, Appellant.—Appeal by defendant from a judgment of the Supreme Court, Queens County, rendered May 10, 1974, convicting him of robbery in the second degree, upon his plea of guilty, and imposing sentence. Judgment affirmed, without prejudice to a motion by defendant pursuant to CPL article 440 on the ground that there was an unkept promise with respect to the length of the sentence (see *People v Weintraub,* 41 AD2d 660). Any hearing which may be granted on such application should be conducted before a Justice other than the one who presided at the guilty pleading and the sentencing (see *People v Weintraub, supra).* Hopkins, Acting P. J., Latham, Cohalan, Margett and Hawkins, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v IRVING GERBER, Appellant.—Appeal by defendant from a judgment of the Supreme Court, Kings County, rendered May 2, 1975, convicting him of receiving unlawful gratuities, upon a jury verdict, and imposing a one-year intermittent term of imprisonment. Judgment modified, as a matter of discretion in the interest of justice, by reducing it to a three-year period of probation. As so modified, judgment affirmed, and case remanded to the Criminal Term to fix the conditions of probation and for further proceedings pursuant to CPL 460.50 (subd 5). The sentence was excessive, under the circumstances, to the extent indicated herein. Latham, Acting P. J., Cohalan, Rabin, Shapiro and Titone, JJ., concur.